80,147-02

Ms. Abel Acosta

This document contains some pages that are of poor quality at the time of imaging.

12-18-14

I am sending you this Mandamas because I don't know what Wichita Falls Courts are doing because they are not sending all the papers that I filed so here is a Copy of this Mandamas Please Lete me know that you got these papers. THey are trying to covere all these up because they made a big mustake and they have me sentice illegaly and I have proved it as all the paper that I sent you by the law I am right by all doute I should not be in TDCJ I just wont these overe so I Can go on with my Life thank you for taking the time to read this Letter and much respect to you

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 14 2015

Abel Acosta, Clerk

Respectfully Submitted

By Bobby Buck



CAUSE NO 53482-A

Bobby Buck                                    § I the 30th Judicial
TDCJ#1928809                                  §
                                              § District Court oF
        V                                     §
                                              §
Patti Flores County District Clerk § Wichita County Texas
In Her/His official Capacity

A. Plaintiff's original Application For Writ oF Mandamas

        To the Honorable Judge of Said Court:

Comes now Bobby Buck, Relator, Pro Se in the above Styled and numbered Cause of action and files this original Application for Writ of Mandamas, pursnant to Article 11.07 Section 3(C) of the Texas Code of Criminal Procedure, and Would Show the Court the following:

                              I

B. Relator

1.01 Bobby Buck, TDCJ#1928809 is an offender incarcerated in the Texas Department of Criminal Justice and is appearing Pro Se Who can be Located at [Dick Ware Unit 1681 S. FM3525] [Mitchell County], Texas [79512].

1.02 Relator has exhausted his remedies and has no other adequate remedy at Law.

1.03 The act sought to be compelled is ministerial, not discretionary in nature. TCCP Art. 11.07 Section 3(C) requires Respondent to immediately transmit to the Court of Criminal Appeals a copy of the application for Writ of Habeas Corpus, any answers filed and a Certificate reciting the date upon which that finding was made, if the Convicting Court decides that there are no issues to be resolved. No copy of the application for Writ of Habeas Corpus, any answers filed, and Certificate reciting the date upon which that finding was made was made have been transmitted to the Court of Criminal of Appeals. Had such documents been transmitted to the Court of Criminal Appeals by Respondent as required by Statute, Relator would have received notice from the Court of Criminal Appeals.

## II

C. Respondent

2.01 Respondent, Patti Flores, in her/his Capacity as District Clerk of Wichita County, Texas has a ministerial duty to receive and file all papers in a Criminal proceeding, and perform all other duties imposed on the Clerk by Law pursuant to TCCP Art. 2.21, and is responsible under TCCP 11.07 Sec. 3(C) to immediately

transmit to the Court of Criminal Appeals a copy of the application for Writ of Habease Corpus, any answer filed and Certificate reciting the date upon which that finding was made if the Convicting Court decides that there are no issues to be re-solved Patti Flores District Clerk Wichita County may be served at her/his place of business at Wichita Falls, County Clerk, Texas 76307.

III

D. Violation of Article 11.07 of THe Texas Code of Criminal Procedure.

3.01 THe Respondent Violated Article 11.07 Section (c) of THe Code of Criminal Procedure by failing to provide a copy of the application for Writ of habeas Corpus, any answers filed, and Certificate reciting the date upon which that finding was made to the Court of Criminal appeals within time precribed by Law and within a reasonable time from the date on which the documents were requested to be transmitted.

3.02 Request for the transmittal of the application for Writ of habeas Corpus, any answers filed, and a Certificate reciting the date upon which that finding was made by Relator to Patti Flores ,

District Clerk, Wichita _____ County, by Certified mailed Letters date __/__/__; __/__/__; pursuant to Article 11.07 Section 3(C) of the Code of Criminal Procedure. True accurate Copies of the above Letters are attached hereto as Exhibits "A" through "F" and are incorporated by reference herein for all purposes.

3.03 To Date, Relator received no response from Respondent regarding Relators request for transmittal of a copy of the application for Writ of habeas Corpus, any answers filed, and a Certificate reciting the date upon which that finding was made to the Court of Criminal Appeals.

3.04 As is clear from Relator's Letters, Relator has repeatedly put Respondent on notice that Relator seeks the transmittal of a copy of the application for Writ of habeas Corpus, any answers filed, and a certificate reciting the date upon which that finding was made to the Court of Criminal Appeals and that such records are required by the Court of Criminal Appeals to act on Relator's Writ of habeas Corpus. Relator has gone well beyond any requirement or abligations imposed upon him by the Texas Code of Criminal Procedure.

In contrast to Relator's efforts, Respondent has wholly failed to comply with the Texas, Code of Criminal Procedure, Article 11.07 Section 3(c) is acting in bad faith, and has also failed to afford Relator the Professional and Common Courtesy of any, written responses to his correspondence and request.

3.05 Ariticle 11.07 Section 3(c) clearly states that "[i]f the convicting court decides that there are no such issues, the clerk shall immediately transmit [emphasis added] to the Court of Criminal Appeals a copy of the application, any answers filed, and a certificate reciting the date upon shall constitute such a finding." Texas Code of Criminal Procedure Article 11.07 Sec 3(c) Respondent in violation of this Procedure, ministeriol puties, and thus the Laws of this State.

## IV

## D. Prayer For Relief

Wherefore, Premises Considered, Relator, Bobby Buck, Pro Se, respectfully requests a finding that Respondent did not transmity documents to the Court of Criminal Appeals within a reasonable time after the date they were requested and that

Relator brought this Litigation in good faith and has substantially prevailed. Relator prays for an order directing Respondent to transmit Copy of the application for Writ of Habeas Corpus, any answers filed and a certificate reciting the date upon which that finding was made to the Court of Criminal Appeals as directed in Article 11.07, section 3(c) of the Texas Code of Criminal Procedure and, as requested in Relator's Letters (Exhibits "A" through "E").

Respectfully Submitted

By Bobby Buck
Relator

The State of Texas §
§
County of Wichita §
§
E. Affidavit §
§

    I swear under oath that the facts and allagations in the above application for Writ of Mandamus are true and Correct.


             Bobby Buck
             Relator


Signed Under Oath before Me, on this the __18BB17__ Day of December, 2014

## F. Certificate of Service

I hereby certify that a true copy of the above application for Writ of Mandamus was served in by placing a copy in the U.S. Mail addressed to the 30th District Court on this the 171800 Day of December, 2014

Bobby Buck
Relator

# CAUSE NO 53482-A

Bobby Buck                                §  In The 30th Judical
TDCJ-ID                                    §
#1928809                                   §
                                           §  District Court of
        V                                  §
                                           §
                                           §
Patti Flores County District Clerk §  Wichita County, Texas
(full Name)                                §
In Her/His official Capacity         §
        Respendend                    §

## ORDER

On this day. Come on to be heard the foregoing Relator's Application for Writ of Mandamus and it appears to the Court that the Same should be:

## GRANTED

It is Therefore ORDERED that the District Clerk Shall immediately Transmit to the Court of Criminal Appeals a copy of the application for Writ of Habeas Corpus, any answers filed, and a Certificate reciting the date upon which that transmitted was made.

Signed in this the _____ Day of _____, 20 ____

_____
PRESIDING Judge

## NOTICE
## OFFENDER NOTARY PUBLIC SERVICE

Under both Federal law (28 U.S.C § 1746) and State law (V.T.C.A. Civil Practice & Remedies Code, §132.001-132.003), offenders incarcerated in Texas may use an unsworn declaration under penalty of perjury in place of a written declaration, verification, certification, oath, or affidavit sworn before a Notary Public.

In a request for Notary Public service, each offender must explain why an Unsworn Declaration is insufficient before Notary Public service will be provided.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*An **example** of an unsworn declaration pursuant to **State law** is as follows:*

"My name is ___*Bobby    Lynn    Buck*___ my date of birth is _*5-21-67*_,
        (First)    (Middle)    (Last)

and my inmate identifying number, is _*1928809*_. I am presently incarcerated in

_*Dick Ware Unit*_ in _*Colorado City*_
    (Corrections unit name)        (City)

_*Metchell    Tx    79512*_. I declare under penalty of
(County)    (State)    (Zip Code)

perjury that the foregoing is true and correct.

Executed on the _*18*_ day of _*December*_, 20 _*14*_. _____ "
                                                 (Offender Signature)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*An **example** of an unsworn declaration pursuant to **Federal law** is as follows:*

I _____(insert offender name and TDCJ number), being presently incarcerated in _____ (insert TDCJ unit name), in _____County, Texas, declare under penalty of perjury that the foregoing is true and correct.

Executed on the _____day of_____, 20___.  _____ "
                                                 (Offender Signature)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE
## NOTARY PUBLIC SERVICE DENIAL

Regarding your request for Notary Public service, insufficient justification was provided necessitating Notary Public service. However, you may proceed with an Unsworn Declaration.

_____       _____
   (Signature - Notary)                          (Date)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
_Northern_ DIVISION

_Bobby Buck #7928809_
Plaintiff's name and ID Number

_Dick Ware Unit_
Place of Confinement

CASE NO. _5.3482-A_
(Clerk will assign the number)

v.
_Abel Acosta, Clerk P.O._
_Box 12308, Capitol Station Austin, Tx 78711_
Defendant's name and address

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**

I, _Bobby Buck_, declare, depose, and say that I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I further declare that the responses which I have made to questions and instructions below are true.

1.      Have you received, within the past 12 months, any money from any of the following sources?

   a. Business, profession or form of self-employment?      Yes ☐      No ☑
   b. Rent payments, interest or dividends?      Yes ☐      No ☑
   c. Pensions, annuities or life insurance payments?      Yes ☐      No ☑
   d. Gifts or inheritances?      Yes ☐      No ☑
   e. Family or friends?      Yes ☐      No. ☑
   f. Any other sources?      Yes ☐      No ☑

   If you answered **YES** to any of the questions above describe each source of money and state the amount received from each during the past 12 months.

   _N/A_

2.      Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?

               Yes ☐      No ☑

   If you answered **YES**, state the total value of the items owned.

   _N/A_

- 1 -

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes ☐    No ☑

If you answered **YES**, describe the property and state its approximate value.

N/A

_____

_____

**I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury. I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. § 1746).**

Signed this the _____ day of December , 20 14 .

Bobby Buck #1928809
Signature of Plaintiff          ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT (OR OTHER DESIGNATED LOCATION AT YOUR INSTITUTION).**

```
@SINIB02/CINIB02    TEXAS DEPARTMENT OF CRIMINAL JUSTICE        12/17/14
DW33/PJ00097              IN-FORMA-PAUPERIS DATA                 12:24:51
TDCJ#: 01928809 SID#: 06130348 LOCATION: WARE TRANSFER   INDIGENT DTE: 06/06/14
NAME: BUCK,BOBBY                        BEGINNING PERIOD: 05/01/14
PREVIOUS TDCJ NUMBERS: 00920805 01738380
CURRENT BAL:         0.00 TOT HOLD AMT:        0.00 3MTH TOT DEP:       0.00
6MTH DEP:            0.00 6MTH AVG BAL:        0.00 6MTH AVG DEP:       0.00
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
10/14       0.00              0.00     07/14       0.00            0.00
09/14       0.00              0.00     06/14       0.00            0.00
08/14       0.00              0.00     05/14       0.00            0.00
PROCESS DATE    HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _Mitchell_
ON THIS THE _17_ DAY OF _December_,'_14_, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE,AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____    OR SID NUMBER: _____

_Janie Ruth Peek COTD_

_D/W law library officer_

_12/17/14_


JANIE RUTH PEEK
Notary Public, State of Texas
My Commission Expires
SEPTEMBER 6, 2017
NOTARY WITHOUT BOND